# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOSHUA HOWARD,**

    Plaintiff,

    -vs-                                                    **Case No. 15-CV-557**

**BELINDA SCHRUBBE,**
**and JOHN O'DONOVAN,**

    Defendants.

## DECISION AND ORDER

Former plaintiff Jamie Bowens has filed a motion to sever and motion to amend and/or file separate complaint. (ECF No. 37.) He requests an extension of time until August 5, 2016, to file an amended complaint. Former plaintiff Bowens is advised that the Court dismissed him from this action on April 29, 2016. (ECF No. 35.) Thus, his motion to sever will be denied as moot. The Court also advises Bowen that he may file another lawsuit before or after August 5, 2016. (The plaintiff should not wait too long, or the six-year statute of limitations applicable to 42 U.S.C. § 1983 claims may bar his action.) The Court will mail the plaintiff a complaint form and a *pro se* guide along with this order.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the former plaintiff Jamie Bowens' motion

to sever (ECF No. 37) is **DENIED AS MOOT** because he was dismissed from this lawsuit on April 29, 2016.

**IT IS FURTHER ORDERED** that former plaintiff Bowens' motion to file separate complaint (ECF No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's Office mail Jamie Bowens a copy of this order, a prisoner complaint packet, and a *pro se* guide: Answers to Prisoner Litigants' Common Questions.

Dated at Milwaukee, Wisconsin, this 20th day of June, 2016

**BY THE COURT:**

*/s/ Rudolph T. Randa*

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**