UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSHUA HOWARD,

        Plaintiff,

v.                                        Case No.: 15-CV-0557

BELINDA SCHRUBBE,

        Defendant.

**PLAINTIFF'S EXPERT WITNESS DISCLOSURES PURSUANT TO RULE 26(A)(2**

Plaintiff Joshua Howard ("Mr. Howard") by his attorneys, Husch Blackwell LLP, discloses expert witnesses who may be called in this matter:

1. Dr. Todd Callister
   Waupun Correctional Facility
   200 S. Madison Street
   Waupun, WI 53963

2. Dr. Michele Andrade
   Waupun Correctional Facility
   200 S. Madison Street
   Waupun, WI 53963

3. Dr. Ralph Froelich
   Waupun Correctional Facility
   200 S. Madison Street
   Waupun, WI 53963

4. Fran Monroe-Jennings
   200 S. Madison Street
   Waupun, WI 53963

Dr. Callister, Dr. Andrade, Dr. Froelich, and Ms. Monroe-Jennings may be called to testify regarding Mr. Howard's medical care, evaluations and reports they prepared, the administration of medication to Mr. Howard at Waupun Correctional Facility, Mr. Howard's

medical conditions, and the cause thereof. Pursuant to Fed. R. Civ. 26(a)(2)(B), the above-disclosed experts are not required to provide a written report.

5. Any other healthcare professional who treated Mr. Howard while in the Waupun Correctional Facility. These expert witnesses may be called to testify regarding Mr. Howard's medical care, evaluations and reports they prepared, the administration of medication to Mr. Howard at Waupun Correctional Facility, Mr. Howard's medical conditions, and the cause thereof. Pursuant to Fed. R. Civ. 26(a)(2)(B), the above-disclosed experts are not required to provide a written report.

6. Any expert witness necessary for rebuttal.

7. Any expert witnesses named by the Defendant.

8. Any consultants, investigators or other persons retained by the Defendant for purposes relating to this lawsuit.

9. Plaintiffs reserve the right to supplement these expert witness disclosures with additional witnesses whose possession or knowledge of relevant information becomes known as Plaintiffs' investigation continues, as discovery progresses, or for other reasons just and equitable.

Dated this 6th day of August, 2021.

Attorneys for Plaintiff

/s/ Eduardo E. Castro, II
Anthony Anzelmo
(Bar No. 1059455)
anthony.anzelmo@huschblackwell.com
414-978-5421
Eduardo E. Castro, II (Bar No. 1117805)
Eduardo.castro@huschblackwell.com
262-374-1765
Husch Blackwell LLP
511 N. Broadway, Ste. 1100
Milwaukee, WI 53202
Fax: 414.223.5000